1
 Ralph L. Wadsworth Construction Company, LLC, Petitioner v. Regional Rail Partners; Balfour Beatty Infrastructure, Inc.; Graham Contracting Ltd.; Travelers Casualty and Surety Company of America; Balfour Beatty, LLC; and Graham Business Trust, Respondents No. 24SC537
Supreme Court of Colorado, En Banc
March 24, 2025
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 a claimant who files an excessive verified statement of claim
 under the Colorado Public Works Act, §§ 38-26-101
 to -110, C.R.S. (2024), forfeits both its statutory remedies
 and all other available legal remedies or, as with an
 excessive lien claimant under the General Mechanics' Lien
 Act, forfeits its statutory remedies only.
 
 
          Whether
 a verified statement of claim under the Colorado Public Works
 Act may lawfully include disputed amounts, such as additional
 costs incurred by a subcontractor due to project delays and
 disruptions, or whether such claims are limited to
 undisputed, liquidated amounts.